NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASIMO CORPORATION,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2022-1895

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01722.

---

**JUDGMENT**

---

JEREMIAH HELM, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellant.  Also represented by JOHN M. GROVER, STEPHEN C. JENSEN, SHANNON LAM, JOSEPH R. RE.

LAUREN ANN DEGNAN, Fish & Richardson P.C., Washington, DC, argued for appellee.  Also represented by MICHAEL JOHN BALLANCO, WALTER KARL RENNER; ROBERT COURTNEY, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 10, 2024
Date

Jarrett B. Perlow
Clerk of Court